[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-13874
Non-Argument Calendar
_____

D.C. Docket No. 3:10-cr-00200-HES-JBT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GORMAN JENKINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 18, 2012)

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Donald B. Mairs, appointed counsel for Gorman Jenkins in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jenkins's conviction and sentence are **AFFIRMED**.